**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **Baldwin & Baldwin, LLP.** | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO 2:07CV022 (TJW)** |
| | § | |
| **Motley Rice, LLC; Joseph F. Rice;** | § | |
| **Ness, Motley, Loadholt, Richardson &** | § | |
| **Poole, P.A.; Ness, Motley, Loadholt,** | § | |
| **Richardson, Poole, LLC; and MRRM, P.A.** | § | |
| **Defendant** | § | |
| | § | |

**MEDIATOR'S REPORT**

In accordance with the Court's Order, a mediation conference was held on June 6, 2007 in

Longview, Texas.  The case resulted in an impasse.

SIGNED this the 6ᵗʰ day of June, 2007.

_____
**MEDIATOR**