UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BALDWIN & BALDWIN, LLP | ' |
| Plaintiff | ' |
| vs. | ' CAUSE NO. 2-07CV-022 |
| | ' JURY |
| MOTLEY RICE, LLC; JOSEPH F. RICE; NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, P.A.; NESS, MOTLEY, LOADHOLT, RICHARDSON, POOLE, LLC; AND MRRM, P.A. | ' |
| Defendants | ' |

## NOTICE OF DISCLOSURE

TO THE HONORABLE JUDGES OF THE COURT:

In accordance with the requirements of Local Rule CV-26 of the United States District Court for the Eastern District of Texas, and Fed. R. Civ. P. 26, or as modified by the Court's orders herein, Plaintiff, BALDWIN & BALDWIN, LLP, hereby notifies the Court that it has served its Initial Disclosures on all known counsel of record herein.

Respectfully submitted,

ORGAIN, BELL & TUCKER, LLP
470 Orleans, Suite 400
P.O. Box 1751
Beaumont, Texas 77704-1751
409-838-6412—phone
409-838-6959—facsimile
cac@obt.com - (email - Gilbert I. Low)
jpc@obt.com - (email - Jack P. Carroll)

By: /s/ Jack Carroll
Gilbert I. Low—Attorney-in-charge
Texas State Bar No. 12619000
Jack P. Carroll
Texas State Bar No. 03886000

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was properly mailed to all counsel of record by:

✓ via ECF;

on this 23rd day of July, 2007.

/s/ Jack Carroll
Jack Carroll

2